UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Main Case Number | 13-80456 |
|---|---|---|---|
| | Debtor | In Re: | Coy Holdon Sims |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Barbara A. Lum<br>Benesch, Friedlander, Coplan & Aronoff, LLP<br>200 Public Square, Suite 2300<br>Cleveland, Ohio 44114<br>Ph: 216.336.6221<br>Fax: 216.363.4588<br>Email: blum@beneschlaw.com<br>Ohio State Bar No. 0085744 |
|---|---|

| Name of party applicant seeks to appear for: | POLARIS INDUSTRIES, INC., POLARIS INDUSTRIES INC., AND POLARIS SALES, INC. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 7/13/18    Signed: *Barbara* [signature]

The state bar reports that the applicant's status is:

Dated:    Clerk's signature:

**Order**    This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                    United States Bankruptcy Judge